# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-0474

———————————————

MARIA DE JESUS RODRIGUEZ,

    Appellant,

    v.

HOSPITAL HOUSEKEEPING
SYSTEMS LLC/CORVEL
CORPORATION,

    Appellees.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Jack Adam Weiss, Judge of Compensation Claims.

Date of Accident: May 6, 2020.


June 14, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael J. Winer of Winer Law Group, P.A., Tampa, and Martha D. Fornaris of Fornaris Law Firm, P.A., Coral Gables, for Appellant.

Gwen G. Jacobs of Bennett, Jacobs & Adams, P.A., Tampa, for Appellees.